IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WC 3RD & TRINITY, LP, a Texas Limited Partnership, | § | NO. 1:17-CV-688-DAE |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| STK REBEL AUSTIN, LLC a Texas LLC; and THE ONE GROUP HOSPITALITY, INC., a Delaware corporation, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Defendants, | § | |
| | § | |
| vs. | § | |
| | § | |
| WORLD CLASS CAPITAL GROUP, LLC, NATIN PAUL AND SHEENA PAUL, | § | |
| | § | |
| | § | |
| | § | |
| _Third-party Defendants_. | § | |
| _____ | § | |

ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS
ATTORNEYS OF RECORD FOR PLAINTIFF AND THIRD-PARTY
<u>DEFENDANTS</u>

Before the Court is Eric Taube, Andrew Vickers, and Waller Lansden

Dortch & Davis, LLP's (collectively "Counsel") Unopposed Motion to Withdraw

as Attorneys of Record for Plaintiff WC 3rd & Trinity, LP and Third-Party

Defendants World Class Capital Group, LLC, Natin Paul, and Sheena Paul

("Clients").  (Dkt. # 134.)  The Motion also asks that the current May 12, 2020 trial

setting be continued to the Court's first available setting no less than 60 days from the current trial setting, in light of current events and so that prospective new counsel for Clients may have an opportunity to prepare for trial.  (Id. at 1.) Pursuant to Local Rule AT-3, Clients have agreed to Counsel's withdrawal and have signed the Motion in accordance.  (Id. at 4–5.)  Counsel further indicates that they have conferred with Defendant and Defendant does not oppose the motion. (Id. at 2, 6.)

Accordingly, the Court **ORDERS** that Eric Taube, Andrew Vickers, and Waller Lansden Dortch & Davis, LLP be terminated as counsel of record for Plaintiff WC 3rd & Trinity, LP and for Third-Party Defendants World Class Capital Group LLC, Natin Paul, and Sheena Paul.  It is **FURTHER ORDERED** that Plaintiff WC 3rd & Trinity, LP and Third-Party Defendants World Class Capital Group LLC, Natin Paul, and Sheena Paul shall submit an Advisory to the Court within 21 days of this Order informing the Court of their replacement counsel.

Finally, it is **FURTHER ORDERED** that the May 12, 2020, trial setting shall be continued for no less than sixty (60) days from the date of the current setting.  The Court will issue a separate Order resetting the current Final Pretrial Conference, Jury Trial, and Related Deadlines.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, April 15, 2020.

_____

David Alan Ezra
Senior United States District Judge