IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WC 3RD AND TRINITY, LP<br>a Texas Limited Partnership,<br>    Plaintiff<br><br>v.<br><br>STK REBEL AUSTIN, LLC<br>a Texas LLC, and THE ONE<br>GROUP HOSPITALITY, INC.<br>a Delaware Corporation,<br>    Defendants<br><br>v.<br><br>WORLD CLASS CAPITAL<br>GROUP, LLC, NATIN PAUL,<br>AND SHEENA PAUL<br>    Third-Party Defendants | NO. 1:17-cv-00688-DAE |

## **NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL**

Comes now Scott R. Kidd and hereby enters an appearance as counsel for WC 3rd and Trinity, LP, plaintiff, and World Class Capital Group, LLC, Natin Paul, and Sheena Paul, third-party defendants. The address and phone number of counsel is:

>Scott R. Kidd
>Kidd Law Firm
>819 West 11th Street
>Austin, Texas 78701
>(512) 330-1713
>(512) 330-1709 (fax)
>scott@kiddlawaustin.com

Scott R. Kidd shall serve as lead counsel for WC 3rd and Trinity, LP, plaintiff, and World Class Capital Group, LLC, Natin Paul, and Sheena Paul, third-party defendants.

1

KIDD LAW FIRM
819 West 11th Street
Austin, TX 78701
(512) 330-1709 (fax)

*Scott R. Kidd* (signature)

Scott R. Kidd
State Bar No. 11385500
(512) 330-1713
scott@kiddlawaustin.com
Scott V. Kidd
State Bar No. 24065556
(512) 542-9895
svk@kiddlawaustin.com

Certificate of Service

A copy of this notice has been served on Farhad Novian through the court's CM/ECF system this 29th day of April, 2020

*Scott R. Kidd* (signature)

Scott R. Kidd